FILED '06 DEC 08 14:18 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

MARTIN FOSTER,

    Plaintiff,

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant

Civil No. 06-184-AA

PROPOSED ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,650.00 will be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No other fees, costs, or expenses will be awarded will be awarded.

DATED this ___6___ day of ___December___, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant